| | | | |
|---|---|---|---|
| State v. Sherman | 2016AP002225 | 10–05–2017 | Affirmed |
| Garves v. Empire Fire & Marine Ins. Co.† | 2016AP002341 | 10–31–2017 | Affirmed |
| Herlitzka v. Zernia | 2016AP002408 | 10–26–2017 | Affirmed |
| Zernia v. Zernia | 2016AP002409 | 10–26–2017 | Affirmed |
| State v. Mansfield | 2016AP002423 CR | 10–03–2017 | Affirmed |
| Hoffman v. Curran | 2016AP002441 | 10–12–2017 | Affirmed |
| State v. Scales | 2016AP002444 CR | 10–17–2017 | Affirmed |
| The Yacht Club at Sister Bay Condo. Ass'n v. Village of Sister Bay† | 2017AP000140 | 10–24–2017 | Affirmed/ reversed/ remanded |
| State v. Page† | 2017AP000165 CR | 10–12–2017 | Affirmed |
| State v. Rivera† | 2017AP000191 CR | 10–11–2017 | Affirmed |
| Grant v. Barth | 2017AP000201 | 10–05–2017 | Affirmed |
| Fond Du Lac County v. Kasten | 2017AP000343 | 10–18–2017 | Affirmed |
| Kobylinski v. Ross | 2017AP000358 | 10–04–2017 | Affirmed |
| Dodge County v. Seeber | 2017AP000360 | 10–12–2017 | Affirmed |
| State v. Desing | 2017AP000490, 2017AP000491 | 10–11–2017 | Affirmed |
| State v. Schmidt | 2017AP000724 CR | 10–11–2017 | Affirmed |
| Racine County HSD v. C.C.† | 2017AP000750 | 10–11–2017 | Affirmed |
| State v. Bouchette | 2017AP000820 CR | 10–26–2017 | Affirmed |
| State v. Conger | 2017AP000860 CR | 10–18–2017 | Affirmed |
| Waushara County v. B. G. | 2017AP000956 | 10–26–2017 | Reversed and remanded. |
| M. R. B. v. S. S.† | 2017AP001217 through 2017AP001219 | 10–05–2017 | Affirmed |
| State v. C. L. K.† | 2017AP001413, 2017AP001414 | 10–10–2017 | Affirmed |

† Petition to review filed.